JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.S., a minor by her Guardian Ad Litem, Jesenia Sanchez,<br><br>Plaintiff,<br><br>v.<br><br>Bellflower Unified School District,<br><br>Defendants. | Case No. 2:20-cv-09829 MWF (ASx)<br><br>**JUDGMENT** |

  In accordance with the Court's Order RE: Bench Trial on Administrative Appeal (Docket No. 42) and Order Granting Plaintiff's Motion for Attorney's Fees (Docket No. 51), and pursuant to Rules 52, 54, and 58 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment be entered in favor of Plaintiff S.S. and against Defendant Bellflower Unified School District as follows:

- Defendant shall provide Plaintiff with compensatory education in the amount of **239.25 hours** of specialized academic instruction as written in Plaintiff's individualized education program.
- Defendant shall pay Plaintiff's attorney's fees in the amount of **$219,027.25**.

Dated: April 28, 2022

MICHAEL W. FITZGERALD
United States District Judge